UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> 574 ESCUELA, LLC, dba MONTE CRISTO INN B&B, <br><br> Defendant. | 1:18-cv-01520-LJO-EPG <br><br> ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff has filed an action pursuant to the American with Disabilities Act, 42 U.S.C. § 12101 *et seq.*

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in

> (1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located;
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
> (3) if there is no judicial district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Here, Defendant does not reside in this district, and the claim did not arise in this district. Rather, the claim arose in, and Defendant is located in, San Francisco County, which is in the

Northern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **November 5, 2018**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE